IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENTRILOCK, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-520 (MN) |
| | ) | |
| UTC FIRE AND SECURITY AMERICAS | ) | |
| CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order (D.I. 18, as amended D.I. 41) shall be amended as shown in the table below.

| Event | Deadline | Defendant's Proposal |
|---|---|---|
| Exchange list of claim terms (¶ 11) | April 16, 2021 | June 28, 2021 |
| Submit joint claim construction chart (two weeks before opening claim construction brief) (¶ 11) | April 30, 2021 | July 9, 2021 |
| Serve Plaintiff's opening claim construction brief (20 pages) (¶ 12) | May 28, 2021 | July 30, 2021 |
| Serve Defendant's answering claim construction brief (30 pages) (¶ 12) | June 25, 2021 | August 27, 2021 |
| Serve Plaintiff's reply claim construction brief (20 pages) (¶ 12) | July 16, 2021 | September 17, 2021 |

77464340.4

| Event | Deadline | Defendant's Proposal |
|---|---|---|
| Serve Defendant's sur-reply claim construction brief (10 pages) (¶ 12) | August 6, 2021 | October 8, 2021 |
| File joint claim construction brief (¶ 12); and joint letter re: live testimony and amount of time for the claim construction hearing (¶ 13) | August 13, 2021 | October 15, 2021 |
| Technology tutorials (on or before joint claim construction brief) (¶ 10) | August 13, 2021 | October 15, 2021 |
| Claim construction hearing (¶ 13) | August 25, 2021 | October \_\_\_\_, 2021 at _____ |
| Document production substantially complete (¶ 8b) | November 12, 2021 | December 10, 2021 |
| Plaintiff to provide final infringement contentions (¶¶ 7e, 14) | January 21, 2022 | February 11, 2022 |
| Defendant to provide final invalidity contentions (¶¶ 7f, 14) | February 4, 2022 | February 25, 2022 |
| Discovery cut off (¶ 8a) | February 4, 2022 | February 25, 2022 |
| Opening expert reports (¶ 8.f.i) | March 4, 2022 | May 6, 2022 |
| Responsive expert reports (¶ 8.f.i) | April 8, 2022 | June 10, 2022 |
| Reply expert reports (¶ 8.f.1) | April 29, 2022 | July 1, 2022 |
| End of expert discovery period (¶ 8.f.i) | June 3, 2022 | August 5, 2022 |
| Opening brief(s) for dispositive motions (¶ 15) and Daubert motions (¶ 8.f.iii) | July 6, 2022 | September 9, 2022 |
| Responsive brief for dispositive motions and Daubert motions | July 20, 2022 | September 23, 2022 |

77464340.4

| Event | Deadline | Defendant's Proposal |
|---|---|---|
| Reply brief for dispositive motions and Daubert motions | July 27, 2022 | September 30, 2022 |
| Submit joint proposed final pretrial order (seven days before pretrial conference) (¶ 18) | Seven days before Pretrial Conference | Seven days before Pretrial Conference |
| Jury instructions, voir dire, and special verdict forms (¶ 19) | Seven days before the Pretrial Conference | Seven days before the Pretrial Conference |
| Pretrial conference (¶ 18) | November 3, 2022 at 4:30 p.m. | January __, 2023 at _____ |
| Jury trial (¶ 20) (estimated five days) | November 14, 2022 | January __, 2023 |
| Judgment on verdict and post-trial status report (¶ 21) | Seven days after a jury returns a verdict | Seven days after a jury returns a verdict |

SAUL EWING ARNSTEIN & LEHR LLP

/s/ Charles E. Davis
James D. Taylor, Jr. (#4009)
Charles E. Davis (#6402)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
james.taylor@saul.com
chad.davis@saul.com

*Attorneys for Plaintiff SentriLock, LLC*

POLSINELLI PC

/s/ Stephen J. Kraftschik
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skraftschik@polsinelli.com

*Attorneys for Defendant UTC Fire and Security Americas Corporation, Inc.*

April 8, 2021

   SO ORDERED this _____ day of April, 2021.

                    _____
                    United States District Judge

77464340.4