IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTRILOCK, LLC,                     )<br>                                                      )<br>              Plaintiff,                 )<br>                                                      )<br>       v.                                          )    C.A. No. 20-520 (MN)<br>                                                      )<br>CARRIER FIRE AND SECURITY )<br>AMERICAS CORPORATION, INC., )<br>                                                      )<br>              Defendant.               ) | |

**ORDER**

Having reviewed the Joint Claim Construction Chart (D.I. 55), which includes a total of eleven (11) terms to be construed and for which each of those terms Plaintiff asserts only that the plain and ordinary meaning be given, IT IS HEREBY ORDERED this 12th day of July 2021 that:

1. The *Markman* hearing will be narrowed. On or before July 16, 2021, the parties shall submit an Amended Joint Claim Construction Chart that identifies no more than a total of ten (10) terms to be argued at the hearing.

2. To clarify the disputes between the parties, in the Amended Joint Claim Construction Chart, Plaintiff shall articulate what it contends is the plain and ordinary meaning for each of those terms remaining in the Amended Joint Claim Construction Chart.

3. Argument and decision on the rest of the terms at the *Markman* stage is **DENIED**.

4. In connection with dispositive motion briefing, the parties may brief any terms identified in the Joint Claim Construction Chart (D.I. 55) that have not been addressed but that the parties contend still require construction.

The Honorable Maryellen Noreika
United States District Judge