# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTRILOCK, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-520-MN |
| v. | ) |
| | ) |
| CARRIER FIRE AND SECURITY | ) |
| AMERICAS CORPORATION, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that the following dates set forth in the Scheduling Order (D.I. 80) shall be amended as shown in the table below. All other deadlines, including trial, shall remain unchanged.

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Close of fact discovery | December 8, 2023 | January 12, 2024[1] |
| Plaintiff's final infringement contentions and Defendant's final invalidity contentions | December 15, 2023 | January 19, 2024 |
| Plaintiff's final validity contentions and Defendant's final non-infringement contentions | January 12, 2024 | February 9, 2024 |
| Joint Claim Construction Chart | January 19, 2024 | February 16, 2024 |
| Plaintiff's opening claim construction brief (¶12) | February 2, 2024 | March 1, 2024 |

---

[1] The parties further stipulate, subject to approval by the Court, that the discovery period shall be extended to allow the parties to abide by the Court's rulings from the January 2, 2024 discovery dispute conference (D.I. 106), if necessary, and shall be otherwise limited to the depositions of: SentriLock, under Rule 30(b)(6), Carrier, under Rule 30(b)(6), Isaac Mosgrove, Wayne Larson, Scott Fisher, Dennis McGinn, and Suman Cherukuri.

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Defendant's responsive claim construction brief (¶12) | March 1, 2024 | March 22, 2024 |
| Plaintiff's reply claim construction brief (¶12) | March 22, 2024 | April 5, 2024 |
| Defendant's surreply claim construction brief (¶12) | April 12, 2024 | April 19, 2024 |

The undersigned counsel hereby certify that they provided a copy of this request to their clients in compliance with District of Delaware Local Rule 16.4(b).

Date: December 7, 2023

SAUL EWING LLP

/s/ Michelle C. Streifthau-Livizos
James D. Taylor, Jr. (#4009)
Michelle C. Streifthau-Livizos (#6584)
Patrick A. Lockwood (#6851)
1201 N. Market Street, Suite 2300
Wilmington, Delaware  19801
(302) 421-6800
james.taylor@saul.com
michelle.streifthau-livizos@saul.com
patrick.lockwood@saul.com

*Attorneys for Plaintiff SentriLock LLC*

POLSINELLI PC

/s/ Stephen J. Kraftschik
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0926
skraftschik@polsinelli.com

*Attorneys for Defendant Carrier Fire and Security Americas Corp., Inc.*

IT IS SO ORDERED on this 8th day of December 2023

_____
The Honorable Maryellen Noreika
United States District Judge