

Michelle C. Streifthau-Livizos

Phone:  (302) 421-6819

Fax:  (302) 421-6813

michelle.streifthau-livizos@saul.com

www.saul.com

January 5, 2024

**VIA ECF/CM**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *SentriLock, LLC v. Carrier Fire and Security Americas Corporation, Inc.,*
              *C.A. No. 20-520-MN-CJB*

Dear Judge Burke:

    Plaintiff SentriLock LLC in the above-referenced matter writes to request the scheduling of a discovery teleconference.  The following attorneys, including at least one Delaware Counsel and at least one Counsel per party, participated in two telephonic meet-and-confers on December 28, 2023 and January 4, 2024.

| **Delaware Counsel for Plaintiff** | **Party Counsel for Plaintiff** |
|---|---|
| Michelle C. Streifthau-Livizos | Paul J. Linden |
| Patrick A. Lockwood | John F. Bennett |
|  | Ava Abner |

| **Delaware Counsel for Defendant** | **Party Counsel for Defendant** |
|---|---|
| Stephen J. Kraftschik | Brian Johnson |
|  | Pan Lee |
|  | Don Zhe Nan Wang |

    The disputes Plaintiff SentriLock believes require judicial attention at this time are listed below:

- SentriLock seeks an order compelling Carrier to produce a witness designated for the following topics from SentriLock's Rule 30(b)(6) notice of deposition: Nos. 2, 7, 9, 11, 12, 13, 14, 15, 16, 18, 19, 21, 22, 23, 24, 25, 26, and 27. Carrier has not

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address:  1201 North Market Street, Suite 2300 Wilmington, DE 19801

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

The Honorable Christopher J. Burke
January 5, 2024
Page 2

designated a witness for these topics as described in the notice of deposition or proposed revised topics related to these noticed topics for which they would agree to designate a witness, despite SentriLock's repeated requests to do so. Rather, Carrier has only facially designated witnesses for broad, undefined concepts without advising SentriLock how Carrier believes those broad, undefined concepts alter the scope of the topics SentriLock described in its notice of deposition. SentriLock cannot conduct Rule 30(b)(6) depositions without defined topics and informed Carrier's counsel multiple times on January 4 that the January 5 deposition would not go forward until the Court resolved this dispute.

Carrier does not believe the parties have reached an impasse on any issue, but to the extent SentriLock's request is heard, Carrier requests judicial attention as detailed below:

- Carrier has designated a witness on each of topic nos. 2, 7, 9, 11, 12, 13, 14, 15, 16, 18, 19, 21, 22, 23, 24, 25, 26, and 27 and the witnesses are prepared and scheduled for deposition, the first of which was scheduled for Friday, January 5 (topics 9 and 10) and Plaintiff did not attend.  Carrier requests an order compelling SentriLock to take these depositions at the previously-agreed times or otherwise agree that the depositions are waived.

Counsel is available at the Court's convenience.

Respectfully,

/s/ *Michelle C. Streifthau-Livizos*

Michelle C. Streifthau-Livizos (#6584)

cc: All Counsel of Record via ECF/CM