# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENTRILOCK, LLC, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) C.A. No. 20-520-MN-CJB |
|    v. | ) |
| | ) |
| CARRIER FIRE AND SECURITY | ) |
| AMERICAS CORPORATION, INC. | ) |
| | ) |
|        Defendant. | ) |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

The parties respectfully move the Court to schedule a teleconference to address outstanding disputes regarding discovery matters. *See* D.I. 131.

Pursuant to the Court's Oral Order (D.I. 65), the parties will provide submissions and present their respective positions consistent with the Court's forthcoming Oral Order scheduling a teleconference.

Dated: January 5, 2024

| | |
|---|---|
| **SAUL EWING LLP** | **POLSINELLI PC** |
| | |
| */s/Michelle C. Streifthau-Livizos* | */s/ Stephen J. Kraftschik* |
| James D. Taylor, Jr. (#4009) | Stephen J. Kraftschik (#5623) |
| Michelle C. Streifthau-Livizos (#6584) | 222 Delaware Avenue, Suite 1101 |
| 1201 N. Market Street, Suite 2300 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 252-0926 |
| (302) 421-6800 | skraftschik@polsinelli.com |
| james.taylor@saul.com | |
| michelle.streifthau-livizos@saul.com | OF COUNSEL: |
| | |
| OF COUNSEL: | Eric Krause |
| | Pan Lee |
| John F. Bennett | Don Zhe Nan Wang |
| Paul M. Ulrich | AXINN, VELTROP & HARKRIDER LLP |
| Paul J. Linden | 55 Second Street |
| Ava M. Abner | San Francisco, CA 94105 |

51565464.2

| | |
|---|---|
| FROST BROWN TODD LLC<br>301 East Fourth Street, Suite 3300<br>Cincinnati, OH  45202<br>(513) 651-6800<br>jbennett@fbtlaw.com<br>pulrich@fbtlaw.com<br>plinden@fbtlaw.com<br>aabner@fbtlaw.com<br><br>Russell F. Gribbell<br>FREDRICK H. GRIBBELL LLC<br>5515 Timber Way Drive<br>Cincinnati, OH 45238<br>(513) 891-2100<br>russell@gribbellaw.com<br><br>*Attorneys for Plaintiff SentriLock LLC* | ekrause@axinn.com<br>plee@axinn.com<br>dwang@axinn.com<br><br>Brian Johnson<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC 20036<br>bjohnson@axinn.com<br><br>*Attorneys for Defendant Carrier Fire and Security Americas Corp., Inc.* |